UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                  **# M 11-1015**
                                                **NOTICE OF APPEARANCE**

MICHAEL DARAGJATI,
                        Defendant.
------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

PLEASE TAKE NOTICE that Eric Franz hereby notes his appearance as retained counsel on behalf of MICHAEL DARAGJATI in the above captioned matter.

I have been admitted to practice in this court since March 23, 1999.

Dated:  New York, New York
           October 21, 2011

                                                              **/s/ Eric Franz**
                                                              Eric Franz
                                                              Law Offices of Eric Franz PLLC
                                                              747 Third Avenue, 20th Floor
                                                              New York, New York 10017
                                                               Ph (212) 355-2200
                                                              Fax (212) 937-2217
                                                              efranzlaw@yahoo.com