UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                **# M 11-1015**
                                                  **NOTICE OF APPEARANCE**

MICHAEL DARAGJATI,
                          Defendant.
-------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

PLEASE TAKE NOTICE that Andrew Mancilla hereby notes his appearance as retained counsel on behalf of MICHAEL DARAGJATI in the above captioned matter.

I have been admitted to practice in this court since August 30, 2011.

Dated:  New York, New York
           October 21, 2011

                                                    **/s/ Andrew Mancilla**
                                               Andrew Mancilla
                                               Law Offices of Eric Franz P.L.L.C.
                                               747 Third Avenue, 20th Floor
                                               New York, New York 10017
                                               Ph (212) 355-2200
                                               Fax (212) 937-2217
                                               Andrew.mancilla@gmail.com